

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-16-00764-CV

Miguel **GUERRA** and Ana Anita Guerra,
Appellant

v.

Copernicus **GUERRA,** Eric Stubbs, and Monica Trish Guerra,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10888
Honorable Larry Noll, Judge Presiding

# O R D E R

On July 25, 2017, appellees Copernicus Guerra, Eric Stubbs, and Monica "Trish" Guerra filed a Motion to Dismiss Appeal for Want of Jurisdiction. After reviewing the motion, we ORDER the motion carried with the appeal. The motion will be ruled upon when the appeal is submitted and decided.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk